IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JANICE ECKERT,
    Plaintiff,

vs.                                    CASE NO.: 3:05cv472/LAC/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 14, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to remand (doc. 17) is GRANTED and the Commissioner's decision denying benefits is REVERSED.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42. U.S.C. § 405(g).

*Page 2 of  2*

      **4.**      **The defendant is ordered to direct the ALJ to further evaluate plaintiff's mental limitations and determine whether she is able to do simple, unskilled work that requires minimal contact with the general public and co-workers.  The ALJ will also specifically address the frequency at which plaintiff needs to alternate between sitting and standing positions and obtain vocational expert testimony posing a hypothetical question which incorporates all of plaintiff's limitations established by the record.**

      **5.**      **The clerk is directed to enter judgment for plaintiff and close the file.**

**DONE AND ORDERED this 15th  day of August, 2006.**


                                               *s/L.A. Collier*
                                               **LACEY A. COLLIER**
                                               **SENIOR UNITED STATES DISTRICT JUDGE**